John S. Baird et al., as Trustees under the Will of John Baird, Deceased, Respondents, v. Mary A. Campbell, Appellant, Impleaded with Others.

John S. Baird et al., as Trustees under the Will of John Baird, Deceased, Respondents, v. Kate F. Allen, Appellant, Impleaded with Others.

Baird v. Campbell, 67 App. Div. 104; Baird v. Allen, 67 App. Div. 615, affirmed.

(Argued December 7, 1903; decided December 18, 1903.)

Appeals from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1901, affirming judgments in favor of plaintiffs entered upon verdicts and orders denying motions for new trials.

*John C. Shaw* for appellants.

*William R. Wilder* and *John Ewen* for respondents.

Judgments affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Martin and Cullen, JJ. Absent: Haight, J.

———————

Edwin Burhorn, Respondent, v. Henry B. Lockwood et al., Composing the Firm of Lockwood, Hurd & Company, Appellants.

Burhorn v. Lockwood, 71 App. Div. 301, appeal dismissed.
(Argued December 11, 1903; decided December 18, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*Clarence L. Barber* and *James A. Deering* for appellants.

*Walter I. McCoy* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Martin and Cullen, JJ.